UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FOUNTAIN EQUIPMENT FINANCE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GTS FREIGHT, INC. and SEBASTIAN )<br>HUGENAU, )<br>)<br>Defendants. ) | No.: 3:25-CV-457-TAV-JEM |

**MEMORANDUM OPINION**

This civil action is before the Court on plaintiff's response to the Court's show cause order [Doc. 13]. Plaintiff filed this action against defendants on September 18, 2025 [Doc. 1]. Ninety days passed, and plaintiff did not submit any evidence that defendants had been served with process. *See* Fed. R. Civ. P. 4(l)(1), (m). Therefore, on January 6, 2026, this Court ordered plaintiff to, within seven days, provide evidence that defendants had received service of process in compliance with Federal Rule of Civil Procedure 4 or otherwise show good cause as to why service had not been made.

Plaintiff subsequently filed two summonses returned unexecuted for defendants [Docs. 11, 12] along with a response to the Court's show cause order [Doc. 13]. In its response, plaintiff submits that its counsel directed the process server to continue efforts to complete service on an address originally thought to be correct for both defendants [*Id.* at 1]. Plaintiff's counsel further states that he inadvertently let the time for service lapse due to his own schedule and the recent holidays [*Id.*]. Accordingly, plaintiff requests that the

Court "allow it to file its own Notice of Dismissal without prejudice" so that its counsel can ascertain defendants' locations before refiling [*Id.*].

Based on plaintiff's representations, and there being no defendant having yet appeared, the Court finds it appropriate to dismiss this case. *See* Fed. R. Civ. P. 41(a)(2). In turn, this case is **DISMISSED without prejudice**. An appropriate order shall enter.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE
